# DOCUMENTS TO BE SEALED

## PLAINTIFF
## -V-
## DEFENDANT

**DOCKET NUMBER:** 23 CV 08877

**DATE FILED:** OCT 10 2023

**SIGNED BY:** JUDGE RAKOFF

**DATE SIGNED:** AUG 28 2023

23 mc 276

**TO BE FILED UNDER SEAL:**

____ ENTIRE ACTION

____ COMPLAINT/PETITION ONLY

✓ OTHER DOCUMENTS/EXHIBITS