

| Attorneys admitted in California, New York, Texas, Pennsylvania, and Maine | | Doniger / Burroughs Building<br>603 Rose Avenue<br>Venice, California 90291 |
|---|---|---|
| Sender's contact:<br>scott@donigerlawfirm.com<br>(310) 590-1820 | | Doniger / Burroughs NY<br>247 Water Street, First Floor<br>New York, New York 10038 |

October 13, 2023

**DELIVERED VIA ECF**

Hon. Lewis J. Liman
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       Case Title:  *Claritymask, Inc. v. Schedule A Defendants*
             1:23-cv-08877-LJL
       Re:     Request to exceed page deadline

Dear Judge Liman:

  We represent Plaintiff, Claritymask, Inc., in this matter. We write to request leave to exceed the 25-page limit for motions in connection with Plaintiff's Motion for a Temporary Restraining Order.

  Good cause exists for the requested relief. This case involves claims involving three types of intellectual property – trademark, copyright, and right of publicity. It also involves claims relating to numerous products sold by numerous sellers. Finally, the request seeks relief of a material nature and addresses bond requirements, service of process, and the restraining of assets. Plaintiff seeks to make a comprehensive showing as to all of the above issues and it is respectfully submitted that it will need 35 pages to do so.

  In light of the above, the Plaintiff respectfully requests leave to exceed the page limits and file a brief of up to 35 pages in connection with its TRO request.

            Respectfully submitted,

        By: */s/ Scott Alan Burroughs*
           Scott Alan Burroughs
           For the Plaintiff

**IT IS SO ORDERED.**

Dated: _____  By: _____
             Hon. Lewis J. Liman