UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CLARITYMASK, INC., and COLLEEN ELIZABETH REIN,

      Plaintiffs,

  -v-

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

      Defendants.

---------------------------------------------------------------------X

23-cv-8877 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024

LEWIS J. LIMAN, United States District Judge:

  Defendant Pro Products and More shall answer or otherwise respond to the complaint by August 19, 2024.

  The Court will hold a telephonic Initial Pretrial Conference in this case on September 17, 2024 at 11:00 A.M. The parties are directed to dial into the Court's teleconference number at 888-251-2909, use Access Code 2123101, and follow the necessary prompts.

  By one week prior to conference, the parties shall jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

  SO ORDERED.

Dated: August 5, 2024
   New York, New York

                   _____
                   LEWIS J. LIMAN
                   United States District Judge