```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CLARITYMASK INC. and COLLEEN ELIZABETH REIN,

                    Plaintiff,

      -v-

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

                    Defendant.

------------------------------------------------------------------

23-cv-8877 (LJL)

**PRELIMINARY INJUNCTION ORDER**

LEWIS J. LIMAN, United States District Judge:

Based on the findings of fact and conclusions of law stated orally at the hearing on August 5, 2024, Plaintiffs' motion for a preliminary injunction against Digigre is hereby GRANTED IN PART AND DENIED IN PART, and IT IS HEREBY ORDERED as follows:

**Preliminary Injunction**

A. Defendant Digigre is enjoined and restrained from engaging in any of the following acts or omissions in the United States pending the determination of this action, or until further order of the Court:

1. Using the CLARITYMASK Copyright or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any counterfeit products;

2. Further infringing the CLARITYMASK Copyright and damaging Plaintiffs' goodwill; and

3. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing,

distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear CLARITYMASK Copyright or any reproductions, counterfeit copies, or colorable imitations thereof.

## Security Bond

The five thousand dollars ($5,000) bond posted by Plaintiffs shall remain with Court until a final disposition of this case or until this Preliminary Injunction terminates.

SO ORDERED.

Dated: August 9, 2024
      New York, New York

_____
      LEWIS J. LIMAN
      United States District Judge