```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CLARITYMASK INC. and COLLEEN ELIZABETH REIN,

                Plaintiff,

                -v-

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

                Defendant.
---------------------------------------------------------------

23-cv-8877 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      By letter motion of August 20, 2024, plaintiffs Claritymask, Inc. and Colleen Elizabeth Rein request that the Court extend the Temporary Restraining Order ("TRO") against Defendant 10 A's LLC/X-Faded ("X-Faded") and set a date for a hearing on arguments in support of a preliminary injunction. Dkt. No. 61.

      The Court issued the TRO against X-Faded on June 25, 2024 and extended it on July 2, 2024, July 24, 2024, and July 31, 2024 for good cause. Dkt. Nos. 29, 34, 46, Minute Entry for Motion Hearing on July 31, 2024. Plaintiffs have now filed an affidavit of service on X-Faded. Dkt. No. 56.

      It is hereby ORDERED that counsel for all parties shall appear for a hearing regarding the issuance of a preliminary injunction on September 5, 2024 at 12:00 pm, to be held in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. Plaintiffs shall file a motion for a preliminary injunction and any supporting materials by August 26, 2024, Defendant X-Faded shall file a brief in opposition by

September 3, 2024, and Plaintiffs shall file a reply if desired by September 4, 2024.

The Temporary Restraining Order against Defendant X-Faded is EXTENDED through September 5, 2024 at 11:59 p.m., for good cause and to preserve the status quo until the parties can be heard on that date. Fed. R. Civ. P. 65(b)(2).

It is further ORDERED that Plaintiffs shall serve a copy of this order on Defendant X-Faded.

SO ORDERED.

Dated: August 21, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge