```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CLARITYMASK, INC. and COLLEEN ELIZABETH REIN,

                 Plaintiff,

      -v-

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

                 Defendant.

-----------------------------------------------------------------

23-cv-8877 (LJL)

**PRELIMINARY INJUNCTION ORDER**

LEWIS J. LIMAN, United States District Judge:

      Based on the findings of fact and conclusions of law stated orally at the hearing on September 5, 2024, Plaintiffs' motion for a preliminary injunction against defendant 10 A's LLC/X-Faded ("X-Faded") is hereby GRANTED on the basis of Plaintiffs' claims of copyright infringement, and IT IS HEREBY ORDERED as follows:

### Preliminary Injunction

Defendant is enjoined and restrained from engaging in any of the following conduct in the United States pending the determination of this action, or until further order of the Court:

1. Using the CLARITYMASK Copyright or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any counterfeit products;

2. Further infringing the CLARITYMASK Copyright and damaging Plaintiffs' goodwill; and

3. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing,

distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear CLARITYMASK Copyright or any reproductions, counterfeit copies, or colorable imitations thereof.

## Temporary Asset Restraint

The Temporary Asset Restraint set forth in the Temporary Restraining Order in this action shall hereby, effectively immediately, remain in effect under this Preliminary Injunction, with the exception that the funds frozen in the Amazon seller account associated with Defendant X-Faded shall be limited to no more than $87, 824.94.

SO ORDERED.

Dated: September 9, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge